THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SEATTLE TOWER CRANE LLC, a Washington limited liability corporation, Contractor's License No. SEATTTC840J7, UBI No. 603 547 456,<br><br>Defendant. | C21-584 TSZ<br><br>**ORDER TO COMPEL PRODUCTION OF EMPLOYMENT SECURITY DEPARTMENT RECORDS** |

THIS MATTER, having come on regularly before this court upon motion of plaintiffs, and this court having before it the declaration of counsel filed in support of this motion and being otherwise duly advised in the premises,

NOW, THEREFORE, it is ADJUDGED AND ORDERED as follows:

ORDER TO COMPEL ESD RECORDS - 1
C21-584 TSZ

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

5800 025 ei22c10160



1. The production of records in the possession of the Washington State Employment Security Department regarding employees of Seattle Tower Crane for December 2020 through present is necessary for the prosecution of plaintiffs' case.

2. This necessity outweighs any interest in the confidentiality or privacy of this information of the individual employees if counsel for plaintiffs treats these records as confidential and discloses only such information as is necessary to prosecute this action.

3. Pursuant to RCW 50.13.070, the Washington State Employment Security Department is now ORDERED to produce copies of originals of all documents or records in its possession related to employee reports of Seattle Tower Crane at a mutually agreed time and place between the Department and attorneys for the plaintiffs, within twenty (20) days of the date of service of this Order upon the Department.

Dated this 24th day of September, 2021.

*Thomas S. Zilly*

THE HONORABLE THOMAS S. ZILLY
UNITED STATES DISTRICT JUDGE

Presented by:

 /s/ Noelle E. Dwarzski
Noelle E. Dwarzski, WSBA #40041
BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
Attorneys for Plaintiffs

ORDER TO COMPEL ESD RECORDS - 2
C21-584 TSZ

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

5800 025 ei22c10160

