UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOARDS OF TRUSTEES OF THE LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND et al.,

Plaintiffs,

v.

SEATTLE TOWER CRANE LLC,

Defendant.

C21-584 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court entered Default against Defendant by Minute Order dated June 28, 2021, docket no. 7. Plaintiffs then filed a Motion to Compel Employment Security Department Records, docket no. 8, which the Court granted by Order dated September 24, 2021, docket no. 10. Since the Court's Order, there has been no further activity in the case. Plaintiffs are DIRECTED to file on or before February 18, 2022 either (i) a motion for default judgment, or (ii) a status report indicating why such motion cannot or will not be filed and whether this case may be dismissed without prejudice and without costs.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 19th day of January, 2022.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1