UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOARDS OF TRUSTEES OF THE LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND, et al.,

Plaintiffs,

v.

SEATTLE TOWER CRANE LLC,

Defendant.

C21-584 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiffs' Motion for Partial Default Judgment, docket no. 12, is DEFERRED. Federal Rule of Civil Procedure 54(b) states that the Court may enter partial judgment "if the court expressly determines that there is no just reason for delay." Plaintiffs have failed to assert that no just reason delay exists in this case such that the entry of partial judgment is warranted, and the Court determines that partial judgment is not warranted in this case. The Plaintiffs are DIRECTED to either: (1) show cause by April 1, 2022 on why the Court should not enter judgment on the amounts owed for December 2020 through September 2021 and close the case, or (2) submit a new motion for default judgment that covers the entire litigation period and would not require partial judgment. The Clerk is directed to RENOTE Plaintiffs' Motion for Partial Default Judgment, docket no. 12, for April 1, 2022.

MINUTE ORDER - 1

(2)  The Clerk directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of March, 2022.

                                        Ravi Subramanian
                                        Clerk

                                        s/Gail Glass
                                        Deputy Clerk

MINUTE ORDER - 2